IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stuart J. Skinner, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Warden Thomas Carroll, )<br>Major Dave Holman, Deputy )<br>Warden David Pierce, )<br>S/Lt. Porter, )<br>)<br>    Defendants. ) | Civil Action No. 06-416 JJF |

**AUTHORIZATION**

FILED
JUL 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I, Stuart J. Skinner, SBI #246587, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $23.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___7/13___, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___7-25-06___, 2006.

_____
Signature of Plaintiff

I/M Stuart Skinner
SBI# 246587 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 JUL 2006 PM 2 L

Office of the Clerk
U.S. District Court
844 N. King Street Lock box 18
Wilmington Del
19801-3570
1:06-cv-416 (JJF)

U.S.M.S.
X-RAY