8-19-06

To: Peter T. Dalleo
    Clerk of the Court
    US. District Court
    844 N. King Street Lockbox 18
    Wilmington Del 19801

From: Stuart Skinner S.BI 246587
    Delaware Correctional Center
    1181 Paddock Road Unit S-1 A-15
    Smyrna Del 19977

Date: August 18, 2006

```
                              FILED
                            AUG 22 2006
                          U.S. DISTRICT COURT
                          DISTRICT OF DELAWARE
```

RE: Question, Filing FEES  BD scanned
1:06-CV-00416-JJF  Skinner v Carroll et al

Dear Clerk Dalleo
I need to verify with the court that it has been receiving the proper funds I've sent in regards to filing fees on 7-25-06. I authorized a check to be sent to the office of the clerk for the amount of $23.33. The check for $23.33 has been documented in the SITS office. The amount for the check has been removed from my inmate account.

However, receipts received from the US district court by me on 8-18-06 appear to be for the amount of twenty five cents ($.25). Could you please look into this matter and make certain the Department of Corrections forwarded the correct payment as this matter is vital to the survival of my complaint.

THANK YOU

Sincerely

*Stuart Skinner*

STUART SKINNER

I/M STUART SKINNER
SBI# 246587 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 AUG 2006 PM 3 T

U.S. District Court
Clerk of the Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

19801435370