OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 24, 2006

TO:  Stuart J. Skinner
     SBI# 246587
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   *RE:  Status of Fee Payment; 06-416(JJF)*

Dear Mr. Skinner:

   This office received a letter from you on 8/22/06 requesting clarification on a payment received on 8/15/06. Per the financial administrator, the amount received from the Department of Corrections on 8/15/06 was $0.25. Enclosed please is a docket sheet to verify the payment was received on the above mentioned date.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet