9-4-06

MR DAlleo

I Recieved your Letter dated 8-24-06 Thank you for your Help Now I wrote to the Prison Inmate Account Office. Here is A Copy They sent Me. It shows they Took My Money off My Account on 7-26-06 And Sent it to you. Can you Please Help me get This Straight. I Again Don't want this to Effect My Current Case or Postpone it In Any Way

1:06-CV-00416-JJF

Thank you
Stuart Skinner
S.B.I. 246587
S-1    A-15



FILED
SEP - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

## For Month of July 2006

Date Printed: 9/1/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.41 |
|---|---|---|---|---|---|---|
| 00246587 | Skinner | Stuart | J | | | |
| Current Location: | S1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($35.31) | $0.00 | $0.00 | $4.10 | 287097 | | | |
| Misc Wage 109 | 7/10/2006 | $25.00 | $0.00 | $0.00 | $29.10 | 289388 | | SOFTBALL 5/24-6/23/ | |
| Canteen | 7/18/2006 | ($23.78) | $0.00 | $0.00 | $5.32 | 293195 | | | |
| Supplies-MailP | 7/19/2006 | ($4.05) | $0.00 | $0.00 | $1.27 | 294215 | | | |
| Mail | 7/20/2006 | $100.00 | $0.00 | $0.00 | $101.27 | 295315 | 08481497423 | 6/27/06 | J. MORRIS |
| Canteen | 7/25/2006 | ($67.11) | $0.00 | $0.00 | $34.16 | 296332 | | | |
| Pay-To | 7/26/2006 | ($23.33) | $0.00 | $0.00 | $10.83 | 297397 | | OFFICE OF THE CLE | |
| Pay-To | 7/28/2006 | ($10.00) | $0.00 | $0.00 | $0.83 | 298116 | | PROJECT AWARE | |

Ending Mth Balance: $0.83

Total Amount Currently on Medical Hold: ($6.00)

Total Amount Currently on Non-Medical Hold: ($22.75)

Pay-To: OFFICE OF the CLERK U.S. DISTRICT COURT   Amount: $ 23 33/100

The Sum of: Twenty three dollars — and Cents 33

Address to whom sent:
OFFICE OF the CLERK   SBI# 246587
U.S. DISTRICT COURT   Log # 50083
844 N. King Street Lockbox 18  Check # 13362
Wilm Del 19801-3570   Date of Ck 7/25/06

Form #34 (rev 5/03)

Stuart Shim

I/M Stuart Skinner
SBI# 246587  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
06 SEP 2006 PM 1 T

Office of the Clerk
U.S. District Court
844 N. King Street Lock box 18
Wilmington Delaware
19801-3570