OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 14, 2006

TO:  Stuart J. Skinner
     SBI# 246587
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

*RE:  Response to letter dated 9/4/06; 06-416(JJF)*

Dear Mr. Skinner:

   This office received a letter from you requesting clarification on a payment amount that was received on 8/15/06. Per our financial records, enclosed is the receipt dated 8/15/06 which indicates a check was received in the amount of $0.25. Also please find a copy of the check which also indicates a payment was received in the amount of $0.25.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Copy of receipt and check