

September 18

TO: The Honorable Joseph J. Farnan, JR
US. District Court
Lock box 18  844 King Street
US. Court House
Wilmington Del 19801

RE: Filing Fee's: 1:06-CV-00416-JJF

Dear Honorable Joseph J. Farnan JR
Due to the Delaware Correctional Center taking money from my account. Stating that the money is being paid to the court. Petitioner ask this Honorable court for a temporary injuction against D.C.C. until the court payment can be corrected. There by eliminating petitioners case from being dismissed. See Exhibit I letter from Carol Powell stating that $74.09 was taken from my account and as of 9-17-06 the court only recieved $23.00.

Sincerely
Stuart Skinner
S.B.I 246587
S-1  A-15

EXhibiT 1



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6685
Support Services

## MEMORANDUM

To:   Stuart Skinner #246587

From: Carol Powell, Support Services Officer

Date: 09/13/06

Re:   Legal Fees

---

    I have enclosed your Statement from July 1 through Sept. 12 regarding charges and payments to the US District Court. In July you paid the initial payment in the amount of $23.33. During the month of August only 25 cents was paid and the $22.75 was placed on hold for the total $23.00 that was due from July 2006. You paid the $22.75 on September 8th. The total amount you have paid is $ 46.33. If there are sufficient funds available for the $27.76 due from August's income, this will be deducted in September or early October instead of being a hold on your account. Once the $27.76 is deducted from your account your will have paid the Court $74.09. Be sure to check the balance column on the Individual Statements; if the balance does not change, the amount due was put on hold and was not sent to the Court on your behalf. The Business Office forwards all checks to the Court with your case number on it and the Court forwards a receipt after they receive the payment.

    I will verify the payments with the Court and will let you know if they have not been applied properly to your account.

    If you have further questions do not hesitate to contact this office.

CC:   Inmate File

# Individual Statement

Date Printed: 9/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | | $39.41 |
|---|---|---|---|---|---|---|---|---|
| 00246587 | Skinner | Stuart | J | | | | | |
| Current Location: | S1 | | | Comments: | | | | |

**For Month of [illegible] 2006**

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($35.31) | $0.00 | $0.00 | $4.10 | 287097 | | | |
| Misc Wage 109 | 7/10/2006 | $25.00 | $0.00 | $0.00 | $29.10 | 288388 | | | |
| Canteen | 7/18/2006 | ($23.78) | $0.00 | $0.00 | $5.32 | 293195 | | | |
| Supplies-MailPo | 7/19/2006 | ($4.05) | $0.00 | $0.00 | $1.27 | 294215 | | | |
| Mail | 7/20/2006 | $100.00 | $0.00 | $0.00 | $101.27 | 295315 | 08481497423 | 6/27/06 | J. MORRIS |
| Canteen | 7/25/2006 | ($67.11) | $0.00 | $0.00 | $34.16 | 296332 | | | |
| Pay-To | 7/28/2006 | ($23.33) | $0.00 | $0.00 | $10.83 | 297397 | | SOFTBALL 5/24-6/23/0 | OFFICE OF [illegible] |
| Pay-To | 7/28/2006 | ($10.00) | $0.00 | $0.00 | $0.83 | 298116 | | | PROJECT AWARE |

Ending Mth Balance: $0.83

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

*initial payment*

# Individual Statement
## For Month of August 2006

Date Printed: 9/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00246587 | Skinner | Stuart | J | | $0.83 |

Current Location: S1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage 109 | 8/1/2006 | $20.00 | $0.00 | $0.00 | $20.83 | 298894 | | SOFTBALL 6/24-7/23/0 | |
| Wage-1099 | 8/1/2006 | $28.80 | $0.00 | $0.00 | $49.63 | 298743 | | S BLDG 6/24-7/23/06 | |
| Canteen | 8/1/2006 | ($33.22) | $0.00 | $0.00 | $16.41 | 298542 | | | |
| Canteen | 8/8/2006 | ($16.16) | $0.00 | $0.00 | $0.25 | 302832 | | | |
| Legal | 8/9/2006 | $0.00 | $0.00 | ($23.00) | $0.25 | 303807 | | | |
| Legal | 8/11/2006 | ($0.25) | $0.00 | ($22.75) | $0.00 | 305672 | | | |
| Medical | 8/25/2006 | $0.00 | ($8.00) | $0.00 | $0.00 | 310978 | | | |
| Mail | 8/31/2006 | $100.00 | $0.00 | $0.00 | $100.00 | 312967 | 0854074S762 | 8/23/05 | J. SKINNER |

Total Amount Currently on Medical Hold: $0.00    Ending Mth Balance: $100.00
Total Amount Currently on Non-Medical Hold: $0.00

Handwritten notes:
- This $22.75 did not come off your account until 9/8
- Only 25¢ was collected 8/9 the $22.75 was a hold
- Total $148.80 - $10 × 20% = $27.76 due in Sept

Date Printed: 9/13/2006

# Individual Statement
## For Month of September 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $100.00 |
|---|---|---|---|---|---|---|
| 00246587 | Skinner | Stuart | J | | | |

Current Location: S1  Comments:

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage 109 | 9/1/2006 | $18.00 | $0.00 | $0.00 | $118.00 | 313059 | | | |
| Wage-1099 | 9/1/2006 | $38.40 | $0.00 | $0.00 | $156.40 | 313529 | | | |
| Medical | 9/1/2006 | ($6.00) | $0.00 | $0.00 | $150.40 | 314249 | 8/23/06 | | |
| Canteen | 9/5/2006 | ($74.70) | $0.00 | $0.00 | $75.70 | 314789 | | | |
| Legal | 9/6/2006 | ($22.75) | $0.00 | $0.00 | $52.95 | 317388 | | | |
| Canteen | 9/12/2006 | ($25.70) | $0.00 | $0.00 | $27.25 | 318928 | S BLDG 7/24-8/23/06 | SOFTBALL 7/24-8/23/200 |

Ending Mth Balance: $27.25

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

*August legal due - not posted is $27.26*

Pay-To: _OFFICE OF the CLERK U.S. DIStrict court_  Amount: $ _23 33/100_

The Sum of: _Twenty three dollars ——_ and Cents _33_

Address to whom sent:
_OFFICE OF the CLERK_    SBI# _246587_
_U.S. DISTRICT COURT_    Log # _50083_
_844 N. King Street Lockbox_ Check # _13362_
_Wilm Del 19801-3570_   Date of Ck _7/25/06_

_Stnt Shin_

Form #34 (rev 5/03)



WILMINGTON DE 197
21 SEP 2006 PM 2 L

Honorable Joseph J. Farnan Jr
Lockbox 18  844 King Street
U.S. Court House
Wilmington DE
19801

I/M Stuart Steward
SBI# 246587 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-RAY