IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Stuart J. Skinner<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 06-416-JJF |
| Major David Holman   and<br>Deputy Warden David Pierce<br>    Defendants | )<br>)<br>)<br>) | |

**PLAINTIFFS REPLY TO DEFENDANTS ANSWER**



1. Plaintiff reasserts all facts as outlined in the original complaint.

**PLAINTIFFS RESPONSE TO AFFIRMATIVE DEFENSES**

2. The Court has recognized that both Defendants Holman and Pierce are acting in a manor that can be described as outside the normal bounds of legitimate penalogical interests and Plaintiff fears further retaliatory actions by Defendants. On this ground alone relief can be granted.

3. Plaintiff has indeed exhausted his administrative remedies.

4. Defendants claim of immunity under the 11th Amendment, Qualified Immunity, immunity under State Tort Claims Act and Sovereign Immunity. As to these claims, Defendants forfeited all immunity claims by ignoring and failing to comply with the standard operating procedures of the Delaware Department of Corrections; procedures specifically put into place to protect the Plaintiff's rights.

5. Defendants were served by the United States Marshall's on 12/19/06 (Attorney General's Office), 12/21/06 (Defendants' Pierce and Holman).

6. The United States District Court has jurisdiction for Title 1983 Actions.

7. As the actions of the Defendants continue to affect the Plaintiff, and Plaintiff's repeated attempts to settle this issue in-house delayed filing until no other option(s) remained, the applicable statute of limitations has not yet expired.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court allow this complaint to proceed and issue a scheduling ORDER.

Respectfully submitted,

*Stuart Skinner*
Stuart J. Skinner
SBI# 00246587, S-1 Building
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: March 5, 2007

## CERTIFICATE OF SERVICE

I, **Stuart J. Skinner**, do hereby certify that I have served two (2) true and correct copies of the attached "Plaintiffs Reply to Defendants Answer" on:

**Eileen Kelly, I.D. #2884**
**Deputy Attorney General**
**Carvel State Office Building**
**820 North French Street**
**Wilmington, Delaware 19801**

By placing same into the United States Postal Service at the Delaware Correctional Center.

Respectfully submitted,

Stuart J. Skinner
SBI# 00246587, S-1 Building
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: March 5, 2007

